**Jennie SUMMERS, Debtor, Appellant, v. Paul RICE et al.**

No. 11272.

Circuit Court of Appeals, Eighth Circuit.

Aug. 2, 1938.

Jennie Summers for appellant.

No appearance for appellee.

**1016**

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.